**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Barry J. Stewart, Sr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-10140-elf |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated January 18, 2023, February 1, 2023 and this case be and the same is hereby DISMISSED.

Date: February 21, 2023

_____
Honorable Judge Eric L. Frank
United States Bankruptcy Judge

Missing Documents:

Certificate of Credit Counseling
Schedules A/B, C, G,H,I,J
Chapter 13 Plan
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income
Means Test Calculation